UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN W. DUNIGAN, | No. 2:26-cv-1521 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| LEEANN LUNDY, et al., | |
| Defendants. | |

Plaintiff has filed a motion for joinder that includes a request for a sixty-day extension of time to file objections to the April 17, 2026 findings and recommendations. Good cause appearing, the request will be granted. However, given the length of the extension, plaintiff is cautioned that no further extensions of time will be granted absent a showing of extraordinary circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 4) is GRANTED; and

2. Plaintiff is granted sixty days from the date of this order in which to file any objections.

DATED: May 13, 2026

_allison Clare_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE